USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MANUEL ZUMBA MEJIA,
                      Defendant.
----------------------------------------------------------x

**ORDER**

24 CR 275 (VB)

    The status conference and/or hearing currently scheduled for October 15, 2024, is adjourned to **November 12, 2024, at 2:30 p.m.**

    Time is excluded under the Speedy Trial Act through and including November 12, 2024, (i) because the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial in light of the previously granted extensions of the briefing schedule on defendant's motion to dismiss, and (ii) because of the pending motion.

Dated: October 2, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge